

# THE THIRTEENTH COURT OF APPEALS

13-23-00062-CV

UNIVERSITY OF TEXAS RIO GRANDE VALLEY
v.
ALFREDO CASTILLO

On Appeal from the
County Court at Law No. 5 of Hidalgo County, Texas
Trial Court Cause No. CL-22-1970-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and remanded in part and reversed and rendered in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED IN PART and REVERSED and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellee.

We further order this decision certified below for observance.

November 9, 2023